UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANITA WARD,<br><br>          Plaintiff,<br><br>    v.<br><br>WILLIAM P KNIGHT, et al.,<br><br>          Defendants. | Case No. 20-cv-05804-EMC<br><br>**ORDER RE DISMISSAL** |

On November 2, 2020, the Court adopted the Report and Recommendation dismissing Plaintiff's complaint but with leave to amend. Plaintiff never filed an amended complaint. Accordingly, the Court now dismisses this case with prejudice. The Clerk of the Court is instructed to close the file in this case and enter a final judgment.

**IT IS SO ORDERED**.

Dated: September 11, 2023

                                            EDWARD M. CHEN<br>
                                            United States District Judge